UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Luis Miguel Arreola-Lira,

Plaintiff,

v.

Warden of Rochester FMC and Unknown Officer of Rochester FMC,

Defendants.

File No. 26-cv-3197 (ECT/DLM)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on August 31, 2026. ECF No. 9. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**;

2. The application to proceed in forma pauperis of plaintiff Luis Miguel Arreola-Lira [ECF No. 3] is **GRANTED**;

3. Mr. Arreola-Lira is directed to pay the balance ($330.80) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to the authorities at the institution where Mr. Arreola-Lira is confined; and

2. The action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court